DUANE K. THOMPSON
BRIAN FITZSIMONS
Securities and Exchange Commission
100 F Street NE
Washington, D.C. 20549
202/551-7159
thhompsond@sec.gov

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LORAL L. LANGEMEIER and LIVE OUT LOUD, INC.,<br><br>Defendants. | 3:22-cv-00269-LRH-CSD<br><br>**STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br><u>**FIRST REQUEST**</u> |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff Securities and Exchange Commission ("SEC") files this stipulation to extend the deadline, to and including August 3, 2022, for Defendants Loral L. Langemeier ("Langemeier") and Live Out Loud ("LOL") (collectively, "Defendants") to plead or other respond to the SEC's Complaint. This is the first request to extend the deadline for Defendants' responsive pleadings. The reasons supporting the stipulated extension are as follows:

1. Beginning on June 14, 2022, the SEC's undersigned counsel, by email, attempted to contact the lawyer who had served as counsel to Defendants in certain pre-suit discussions. Among other things, we advised that: (1) the SEC would be filing suit the following day, (2) we were inquiring whether counsel would be appearing as

        defense counsel in the case, and if so, (3) we would request his clients to waive formal service of process. We did not receive a response for over a week.

2.     The SEC commenced this action on June 15, 2022. The SEC served the Summons and Complaint on LOL on June 24, 2022. LOL is owned and controlled by Langemeier.

3.     SEC counsel were able to speak with Defendants' counsel on June 29, 2022. At that time, counsel confirmed that he expects to represent Defendants is this case. Counsel also stated that because he is located outside of Nevada and is not a member of the bar of this Court, he intends to affiliate with local counsel and/or seek admission *pro hac vice* contemporaneously with his to-be-filed notice of appearance.

4.     Defendants' counsel also stated that Defendants were served with process on June 24, 2022. SEC counsel noted, however, that we had been unable to formally serve process on Langemeier at her residence, but that we still intended to do so for the sake of good order. Langemeier's counsel thereupon agreed to accept service on her behalf. (Proofs of service have now been filed as to both LOL and Langemeier.) Counsel also requested a 20-day extension to file responsive pleadings, with the extension to be calculated from June 24, 2022. SEC counsel consented to that request, and for the sake of clarity, noted that such a 20-day extension would make August 3, 2022 the deadline for responsive pleadings. We agreed to file this stipulation.

WHEREFORE, the SEC respectfully requests that the Court extend the time for Defendants to Answer or otherwise respond to the Complaint to and including August 3, 2022.

Dated: July 13, 2022

Respectfully submitted,

*/s/ Duane K Thompson*

Of Counsel:
Brian Vann
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549

Duane K. Thompson, Trial Attorney
Brian Fitzsimons
Securities and Exchange Commission
100 F Street NE
Washington, D.C. 20549
Tele: 202/551-7159 (Thompson)
thompsond@sec.gov

IT IS SO ORDERED.

DATED: July 13, 2022.

_____
UNITED STATES MAGISTRATE JUDGE