AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

v.

LORAL L. LANGEMEIER and
LIVE OUT LOUD, INC.,

                Defendants.

PARTIAL SUMMARY JUDGMENT

Case Number:  3:22-cv-00269-LRH-CSD

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff SEC's motion for partial summary judgment (ECF No. 27) is GRANTED in accordance with this Order: the SEC's motion is GRANTED as it pertains to the alleged securities fraud violations including Section 15(a) of the Exchange Act of 1934, 15 U.S.C. § 78o(a); Sections 5(a) and 5(c) of the Securities Act of 1933, 15 U.S.C. § 77e(a) and 77e(c); and Section 206(2) of the Investment Advisers Act of 1940, 15 U.S.C. § 80(b)–6(2). Summary judgment is not granted as to remedies for the alleged violations. The SEC shall file a separate motion seeking judgment as to remedies.

**IT IS FURTHER ORDERED** that partial summary judgment is hereby entered accordingly.



Date: February 16, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk