UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LORAL L. LANGEMEIER and LIVE OUT LOUD, INC.,<br><br>Defendants. | Case No. 3:22-cv-00269-LRH-CSD<br><br>ORDER |

On February 16, 2024, the Court entered an order for partial summary judgment in this matter on the issue of whether Defendants Loral L. Langemeier and Live Out Loud, Inc., violated several federal securities laws. ECF No. 39. As a result, the Court instructed Plaintiff Securities and Exchange Commission to file a separate motion seeking judgment as to remedies. *Id*. at 27. Here now, the Court orders the parties to meet and confer at their earliest convenience to discuss and develop a proposed briefing schedule regarding the motion for remedies.

IT IS THEREFORE ORDERED that Plaintiff SEC and Defendants Loral L. Langemeier and Live Out Loud, Inc., submit a proposed briefing schedule to the Court on the motion seeking judgment as to remedies within twenty-days (20) of this Order. Upon submission, the Court will consider the proposed briefing schedule, any requests for hearing, and grant or deny accordingly.

IT IS SO ORDERED.

DATED this 5th day of March, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE