UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LORAL L. LANGEMEIER and LIVE OUT LOUD, INC.,<br><br>Defendants. | Case No. 3:22-cv-00269-LRH-CSD<br><br>ORDER |

On February 16, 2024, the Court entered an order for partial summary judgment in this matter on the issue of whether Defendants Loral L. Langemeier and Live Out Loud, Inc. (collectively, "Langemeier"), violated several federal securities laws. ECF No. 39. As a result, the Court instructed Plaintiff Securities and Exchange Commission ("SEC") to file a separate motion seeking judgment as to remedies ("SEC's Motion for Remedies"). *Id*. at 27. On March 25, 2024, the parties independently filed proposed briefing schedules regarding SEC's Motion for Remedies in which each party agreed to the following briefing schedule and filing deadlines: SEC's Motion for Remedies and Supporting Submissions are to be filed no later than May 6, 2024; Langemeier's Opposition Brief and Supporting Papers are to be filed no later than June 5, 2024; and SEC's Reply Brief is to be filed no later than June 19, 2024. Good cause appearing, the Court grants the parties' proposed briefing schedule.

Of note, Langemeier requests oral argument be held on the remedies issue at a date and time convenient to the Court. ECF No. 42 at 2. The SEC "takes no position" and, for all purposes, does not oppose Langemeier's request. ECF No. 43 at 3. Upon submission of the parties' briefings on the issue of remedies, and upon review of those submissions by the Court, a date and time for oral argument may be set should the Court deem it appropriate.

IT IS THEREFORE ORDERED that SEC and Langemeier adhere to the following briefing schedule and filing deadlines regarding SEC's Motion for Remedies: SEC's Motion for Remedies and Supporting Submissions are to be filed no later than **May 6, 2024**; Langemeier's Opposition Brief and Supporting Papers are to be filed no later than **June 5, 2024**; and SEC's Reply Brief is to be filed no later than **June 19, 2024**. If the Court deems it necessary upon review of the parties' briefings, oral argument may be set on the issue of remedies at a date and time convenient to the Court and parties.

IT IS SO ORDERED.

DATED this 11th day of April, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE