AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Securities and Exchange Commission

                Plaintiff,

   v.

Langemeier et al

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:22-cv-00269-ART-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff SEC's motion for partial summary judgment (ECF No. 27 ) is GRANTED.

IT IS FURTHER ORDERED that Defendants Langemeier and LOL's motion for summary judgment (ECF No. 28 ) is DENIED.

3/4/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ GA  
Deputy Clerk