

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

March 14, 2025

The Honorable Anne R. Traum
United States District Judge
District of Nevada

Re: *SEC v. Loral L. Langemeier and Live Out Loud, Inc.* (Case No. 3:22-cv-00269-ART-CRD)

    In accordance with the Order Granting in Part Plaintiff's Motion for Final Judgment issued on March 4, 2025 (ECF No. 59) (the "Order"), the Commission's revised prejudgment interest calculation is $121,302.28.  Attached as Exhibit A to this letter is a proposed Final Judgment embodying that prejudgment interest amount as well as the other terms set forth in the Order.

    Sincerely,

    /s *Brian T. Fitzsimons*

    Brian T. Fitzsimons
    U.S. Securities and Exchange Commission
    100 F St. NE
    Washington, DC 20549
    fitzsimonsb@sec.gov
    (202) 550-6527

    Counsel for Plaintiff