# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff <br><br> v. <br><br> LORAL L. LANGEMEIER and LIVE OUT LOUD, INC. <br><br> Defendants | Case No.: 3:22-cv-00269-ART-CSD |

**ORDER TO EXTEND PAYMENT DEADLINE**

**[FIRST REQUEST]**

Plaintiff, SECURITIES AND EXCHANGE COMMISSION ("SEC") and Defendants LORAL L. LANGEMEIER AND LIVE OUT LOUD, INC. ("Defendants"), by and through their respective counsel of record hereby stipulate and agree as follows:

1. On April 29, 2025, this Court issued the final judgment in this matter, ordering Defendants to pay the sum of $576,109.28 to Plaintiff within 30 days of the Date of the Order. [ECF No. 64].

1

2. It is the Defendants intention to appeal the Judgment of the Court to the Ninth Circuit, and in conjunction with that appeal the Defendants intend to seek a stay of enforcement of the judgment pending the outcome of that appeal.

3. The parties have agreed to extend the payment deadline from May 29, 2025 to **June 27, 2025** for the purpose of allowing the motion for stay to be heard in the ordinary course, rather than on a request for order shortening time.

4. This stipulation is a professional courtesy extended by the SEC, and the stipulation is without prejudice to any rights of the SEC to oppose the motion for stay.

5. Should a stay not be issued for any reason, the SEC will be entitled to resume any collection activity after June 27, 2025.

6. This request for extension is the first request for any extension of this deadline, and is made in good faith, and not intended for the purposes of prejudice or undue delay.

7. It is so stipulated.

DATED this 23nd day of May, 2025.

| | |
|---|---|
| /s/ Brian Fitzsimon, Esq.<br>_____<br>BRIAN FITZSIMONS, ESQ.<br>Securities and Exchange Commission<br>100 F Street, NE<br>Washington, D.C. 20549<br>Fitzsimons@sec.gov<br>*Attorney for Plaintiff, Securities and Exchange Commission* | /s/Allison R. Schmidt, Esq.<br>_____<br>ALLISON R. SCHMIDT, ESQ.<br>NV Bar No. 10743<br>BLACK & WADHAMS<br>10777 W. Twain Avenue, Suite 300<br>Las Vegas, NV 89135<br>aschmidt@blackwadhams.law<br><br>*Attorneys for Defendants Loral L. Langemeier and Live Out Loud, Inc.* |

**ORDER**

It is so ordered.

Date: 5/27/2025

_____
U.S. DISTRICT COURT JUDGE